In the Matter of the Judicial Settlement of the Accounts of MARY ROWE, as Administratrix of the Estate of WILLIAM ROWE, Deceased.

MARY L. LOTT et al., Appellants; BRIDGET LANGRICK et al., Respondents.

(Submitted January 30, 1922; decided February 3, 1922.)

Motion to amend remittitur denied, with ten dollars costs. (See 232 N. Y. 554, 596.)